ACCEPTED
15-25-00060-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/12/2025 4:23 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/12/2025 4:23:00 PM
CHRISTOPHER A. PRINE
Clerk

THE LAW OFFICE OF

**AUDREY MULLERT VICKNAIR**

555 N. CARANCAHUA STREET, SUITE 1400
CORPUS CHRISTI, TEXAS 78401

www.vicknairlaw.com

TELEPHONE: (361) 884-5400
TELECOPIER: (361) 884-5401
E-MAIL: avicknair@vicknairlaw.com

BOARD CERTIFIED
CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

May 12, 2025

Hon. Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> Re: No. 15-25-00060-CV, *Marvin Glenn Berry and Bonnie Berry as successor in interest to Dennis Wayne Berry v. Albert Theodore Powers and Allied Ports LLC*

Dear Mr. Prine,

Please let this letter serve as notice that Appellants have requested the record from the district clerk and have made arrangements to pay for the same. Appellants have also requested the court reporter's record and have assured payment for the same at such time as an invoice is presented.

Thank you for your courtesies.

Respectfully,

/s/ Audrey Mullert Vicknair

Audrey Mullert Vicknair
Counsel for Appellants

Cc:
All attorneys of record in this cause

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Audrey Vicknair
Bar No. 14650500
avicknair@vicknairlaw.com
Envelope ID: 100733450
Filing Code Description: Letter
Filing Description: Letter
Status as of 5/12/2025 4:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Barrett Reasoner | | breasoner@gibbsbruns.com | 5/12/2025 4:23:00 PM | SENT |
| Roland Garcia | | garciar@gtlaw.com | 5/12/2025 4:23:00 PM | SENT |
| Alistair Dawson | | adawson@beckredden.com | 5/12/2025 4:23:00 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 5/12/2025 4:23:00 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 5/12/2025 4:23:00 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 5/12/2025 4:23:00 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 5/12/2025 4:23:00 PM | SENT |